# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Neri Sanchez Juarez, | No.   CV-26-05229-PHX-KML |
| Petitioner, | |
| v. | **ORDER** |
| Eric Rokosky, et al., | |
| Respondents. | |

Petitioner filed this action under 28 U.S.C. § 2241 challenging his immigration detention. (Doc. 1.) The Court ordered Respondents to show cause why the Petition should not be granted. (Doc. 5.) In the Response, Respondents state: "Respondents do not oppose the habeas petition nor the requested relief of release from custody." (Doc. 6.) The Court accepts this concession as non-opposition to granting the Petition.

**IT IS ORDERED:**

(1)    Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is **granted** as to his request for release from custody. The remainder of the Petition is denied as moot.

(2)    Respondents must **immediately** release Petitioner from custody under the same conditions that existed before his detention.

(3)    Respondents must provide a notice of compliance within **two days** of Petitioner's release.

. . . .

. . . .

(4)     Any pending motions are denied as moot and the Clerk of Court must enter judgment in Petitioner's favor and close this case.

Dated this 3rd day of August, 2026.

Honorable Krissa M. Lanham
United States District Judge